No. 856. TEXAS ET AL. *v.* MISSION INDEPENDENT SCHOOL DISTRICT. April 7, 1941. Petition for writ of cer-

563

tiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Gerald C. Mann,* Attorney General of Texas, and *Messrs. Geo. W. Barcus, Clarence E. Crowe, Claud O. Boothman,* and *Ocie Speer,* Assistant Attorneys General, for petitioners. *Messrs. Vernon B. Hill* and *Ireland Graves* for respondent.